UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

CHRISTOPHER MATUSAK,

                      Plaintiff,

    v.

MATTHEW DAMINSKI, STEPHEN MURPHY,
and BRIAN UNTERBORN,

                      Defendants.
_____

<u>VERDICT</u>

21-CV-6058MWP

       In accordance with the Court's instructions, please answer the following questions concerning plaintiff Christopher Matusak's claims against defendants Matthew Daminski, Stephen Murphy, and Brian Unterborn. The answers given for each question must be unanimous.

## SECTION I:  LIABILITY

**EXCESSIVE FORCE**

**Question 1:**

As to each defendant, has Christopher Matusak proven by a preponderance of the evidence that the defendant used excessive force on Mr. Matusak in violation of his Fourth Amendment constitutional right on February 1, 2018?

        Matthew Daminski        Yes ____    No ✓

        Stephen Murphy         Yes ✓     No ____

        Brian Unterborn          Yes ✓     No ____

*If you answered "No" to Question 1 as to ALL defendants, you should not answer any more questions and should proceed to the signature page. If you answered "Yes" to Question 1 as to any or all defendants, please proceed to Question 2.*

## SECTION II:  DAMAGES

## COMPENSATORY DAMAGES

### Question 2:

What amount, if any, in compensatory damages do you find will fairly and adequately compensate Christopher Matusak for his damages, if any, that were proximately caused by the defendant(s)?

$ _200,000_

*If you find that Christopher Matusak is not entitled to compensatory damages, proceed to Question 3.  If you find that Christopher Matusak is entitled to compensatory damages, proceed to Question 4.*

## NOMINAL DAMAGES

### Question 3:

If you find that Christopher Matusak has proved that one or more of the defendants violated his Fourth Amendment constitutional right, but has not demonstrated sufficient injury to warrant any award of compensatory damages, you are required to award Christopher Matusak nominal damages, not to exceed one dollar.

$ __X__

*Proceed to Question 4.*

## PUNITIVE DAMAGES

### Question 4:

<u>**Matthew Daminski**</u>:  **Based upon the instructions given by the Court, if you have found that Matthew Daminski is liable to Christopher Matusak – that is, you answered "Yes" as to Mr. Daminski in Question 1 – you may, in your discretion, make an award of punitive damages.  If you answered "No" as to Mr. Daminski in Question 1, leave the below question blank and proceed to Question 5.**

With respect to Matthew Daminski, do you find that punitive damages should be awarded against him?



      ‾‾‾‾                              ‾‾‾‾
      Yes       or       No

If you answered "Yes," please set forth the amount of punitive damages to be awarded against defendant Matthew Daminski for excessive force.  Otherwise leave blank and proceed to Question 5.

$ _____

***Please proceed to Question 5.***

**Question 5:**

**Stephen Murphy:** Based upon the instructions given by the Court, if you have found that Stephen Murphy is liable to Christopher Matusak – that is, you answered "Yes" as to Mr. Murphy in Question 1 – you may, in your discretion, make an award of punitive damages. If you answered "No" as to Mr. Murphy in Question 1, leave the below question blank and proceed to Question 6.

With respect to Stephen Murphy, do you find that punitive damages should be awarded against him?



　　　　　Yes　　　or　　　No

If you answered "Yes," please set forth the amount of punitive damages to be awarded against defendant Stephen Murphy for excessive force. Otherwise leave blank and proceed to Question 6.

$ _____

*Please proceed to Question 6.*

## Question 6:

**Brian Unterborn**: Based upon the instructions given by the Court, if you have found that Brian Unterborn is liable to Christopher Matusak – that is, you answered "Yes" as to Mr. Unterborn in Question 1 – you may, in your discretion, make an award of punitive damages. If you answered "No" as to Mr. Unterborn in Question 1, leave the below question blank.

With respect to Brian Unterborn, do you find that punitive damages should be awarded against him?



_____                          ___✓___
Yes            or                 No

If you answered "Yes," please set forth the amount of punitive damages to be awarded against defendant Brian Unterborn for excessive force. Otherwise leave blank and proceed to the signature page.

$ _____

*You are now finished. Please proceed to the Signature Page.*

## SIGNATURE PAGE

<u>Instructions to the Foreperson</u>: Once you have indicated the jury's answers to the questions above and have been directed by the instructions to the signature page, simply sign and date this page in the space provided below. Then inform the court security officer that you have finished deliberating.

By his/her signature below, the jury foreperson affirms that the above are the answers of the unanimous jury in the case of *Christopher Matusak v. Matthew Daminski, Stephen Murphy, and Brian Unterborn*, 21-CV-6058MWP.

**Redacted**
_____
FOREPERSON

Dated:   FEBRUARY 16, 2024